## RIDER LISTING PLAINTIFFS IN 1:26-CV-03555

------------------------------------------------------------------x

FIONA HAVLISH as Personal Representative of      :      Judgment Creditors in:
the ESTATE OF DONALD G. HAVLISH, JR.;            :      *Havlish v. bin Laden*
FIONA HAVLISH; WILLIAM P. HAVLISH as             :      1:03-md-01570; 1:03-cv-09848
Personal Representative of the ESTATE OF         :
DONALD G. HAVLISH, SR.; WILLIAM                  :
HAVLISH; NATHAN CONKLIN as Personal              :
Representative of the ESTATE OF SUSAN            :
CONKLIN; RUSSA STEINER as Personal              :
Representative of the ESTATE OF WILLIAM R.       :
STEINER; RUSSA STEINER; CLARA                    :
CHIRCHIRILLO as Personal Representative of       :
the ESTATE OF PETER CHIRCHIRILLO;                :
CLARA CHIRCHIRILLO; LIVIA                         :
CHIRCHIRILLO; CATHERINE DEBLIECK;                :
TARA BANE as Personal Representative of the      :
ESTATE OF MICHAEL A. BANE; TARA BANE;            :
ARLINE PEABODY-BANE as Personal                  :
Representative of the ESTATE OF JACK             :
DONALD BANE;  CHRISTINA BANE-HAYES;             :
JANE HALLER as Personal Representative of the    :
ESTATE OF WILLIAM GODSHALK; JANE                 :
HALLER as Personal Representative of the         :
ESTATE OF GRACE PARKINSON GODSHALK;             :
ELLEN SARACINI as Personal Representative        :
of the ESTATE OF VICTOR SARACINI; ELLEN          :
SARACINI; JOANNE RENZI as Personal              :
Representative of the ESTATE OF ANNE C.          :
SARACINI; JOANNE RENZI; THERESANNE               :
LOSTRANGIO as Personal Representative of the     :
ESTATE OF JOSEPH LOSTRANGIO;                     :
THERESANNE LOSTRANGIO; KAREN                     :
BINGHAM as Personal Representative of the        :
ESTATE OF GERALD BINGHAM; JULIA                  :
BORYCZEWSKI as Personal Representative of        :
the ESTATE OF MARTIN BORYCZEWSKI;                :
JULIA BORYCZEWSKI as Personal                    :
Representative of the ESTATE OF KRYSTYNA         :
BORYCZEWSKI; JULIA BORYCZEWSKI as               :

Personal Representative of the ESTATE OF                          :
MICHAEL BORYCZEWSKI; JULIA                                        :
BORYCZEWSKI; MICHELE BORYCZEWSKI                                  :
GRACE KNESKI as Personal Representative of the                    :
ESTATE OF STEVEN CAFIERO; GRACE                                   :
KNESKI; RICHARD A. CAPRONI as Personal                           :
Representative of the ESTATE OF RICHARD M.                         :
CAPRONI; CHRISTOPHER CAPRONI;                                     :
DOLORES CAPRONI; LISA CAPRONI-BROWN;                              :
MICHAEL CAPRONI; RICHARD A. CAPRONI                              :
ALICE CARPENETO; LESLIE COALE BROWN                               :
as Personal Representative of the ESTATE OF                        :
JEFFREY COALE; LESLIE COALE BROWN as                              :
Personal Representative of the ESTATE OF                           :
WILLIAM COALE; FRANCIS M. COFFEY as                               :
Personal Representative of the ESTATE OF                           :
DANIEL M. COFFEY; FRANCES M. COFFEY;                              :
DANIEL D. COFFEY, M.D.; KEVIN M. COFFEY                           :
FRANCIS M. COFFEY as Personal Representative                      :
of the ESTATE OF JASON COFFEY; KEITH                              :
BRADKOWSKI as Personal Representative of the                      :
ESTATE OF JEFFREY COLLMAN; KATHRYN                               :
E. COLLMAN as Personal Representative of the                      :
ESTATE OF DWAYNE W. COLLMAN; ESTATE                              :
OF BRIAN COLLMAN; CHARLES COLLMAN;                               :
BRENDA MARTIN; LOISANNE DIEHL as                                  :
Personal Representative of the ESTATE OF                           :
MICHAEL DIEHL; LOISANNE DIEHL;                                    :
MICHELLE DORF WALMACH and LINDA                                   :
SAMMUT as co-Personal Representatives of the                      :
ESTATE OF STEPHEN DORF; MICHELLE                                 :
DORF as Personal Representative of the ESTATE                     :
OF ANN MARIE DORF; TARA DORF as                                   :
Personal Representative of the ESTATE OF                           :
JOSEPH DORF; MICHELLE DORF WALMACH;                              :
MICHELLE DORF WALMACH and LINDA                                   :
SAMMUT as co-Personal Representatives of the                      :
ESTATE OF MORRIS DORF; ROBERT DORF;                              :
LINDA SAMMUT; CORAZON FERNANDEZ                                  :
as Personal Representative of the ESTATE OF                        :

JUDY  FERNANDEZ; CORAZON FERNANDEZ; :
REGINA MARIA MERWIN as Personal  :
Representative of the ESTATE OF RONALD  :
GAMBOA; REGINA MARIA MERWIN;  :
TINA GRAZIOSO as Personal Representative of  :
the ESTATE OF JOHN GRAZIOSO; TINA  :
GRAZIOSO; JIN LIU as Personal Representative  :
of the ESTATE OF LIMING GU JIN LIU; ALAN  :
GU; MAUREEN HALVORSON as Personal  :
Representative of the ESTATE OF JAMES D.  :
HALVORSON; MAUREEN HALVORSON;  :
HAOMIN JIAN a/k/a ALEX JIAN; FUMEI CHIEN:
HUANG; HUICHUN JIAN; HUI-CHUAN JIAN;  :
HUI-CHIEN CHEN; HUI-ZON JIAN; PAUL  :
LAVELLE as Personal Representative of the  :
ESTATE OF DENIS LAVELLE; LUKE  :
RICHARD PAPROCKI as Personal Representative :
of the Estate of MARIE ANN PAPROCKI;  :
STEPHANIE GIGLIO as Personal Representative  :
of the ESTATE OF ROBERT LEVINE;  :
STEPHANIE GIGLIO as Personal Representative  :
of the ESTATE OF RONI LEVINE;  :
MICHAEL LOGUIDICE, SR; BETTE MAERZ  :
as Personal Representative of the ESTATE OF  :
RALPH S. MAERZ, JR.; MARGARET MAURO  :
as Personal Representative of the ESTATE OF  :
DOROTHY MAURO ; MARGARET MAURO;  :
RAMON MELENDEZ as Personal Representative  :
of the ESTATE OF MARY MELENDEZ;  :
RAMON MELENDEZ; PATRICIA MILANO as  :
Personal Representative of the ESTATE OF  :
PETER T. MILANO; PATRICIA MILANO;  :
IVY MORENO as Personal Representative of  :
the ESTATE OF YVETTE NICOLE MORENO;  :
IVY MORENO; JOANNE LOVETT as Personal  :
Representative of the ESTATE OF BRIAN  :
NUNEZ; JOANNE LOVETT; DIANE  :
OGNIBENE as co-Personal Representative  of the :
ESTATE OF PHILIP PAUL OGNIBENE;  :
DIANE OGNIBENE as Personal Representative of :

the ESTATE OF VINCENT A. OGNIBENE;   :
MARTINA PANIK-STANLEY as Personal   :
Representative of the ESTATE OF MARTIN   :
PANIK; MARTINA PANIK-STANLEY as   :
Personal Representative of the ESTATE OF   :
LINDA ELLEN PANIK; MARY LYNN-ANNA   :
"MARTINA" PANIK  STANLEY;   :
CHRISTINE PAPASSO as Personal Representative :
of the ESTATE OF SALVATORE T. PAPASSO;   :
CHRISTINE PAPASSO; JOEL R. PERRY as   :
Personal Representative of the ESTATE OF JOHN  :
WILLIAM PERRY; JOEL R. PERRY as Personal  :
Representative of the ESTATE OF PATRICIA J.   :
PERRY; RODNEY RATCHFORD as Personal   :
Representative of the ESTATE OF MARSHA   :
RATCHFORD; RODNEY RATCHFORD;   :
RODNEY M. RATCHFORD; MARSHAE R.   :
RATCHFORD; MARANDA C. RATCHFORD;   :
JUDITH REISS as Personal Representative of   :
the ESTATE OF JOSHUA SCOTT REISS;   :
JUDITH REISS; JOYCE ANN RODAK as   :
Personal Representative of the ESTATE OF   :
JOHN M. RODAK; JOYCE ANN RODAK;   :
CHELSEA NICOLE RODAK PRIMAVERA;   :
DEVON MARIE RODAK LOVELL; JOHN   :
RODAK; REGINA RODAK; JOANNE GORI;   :
DIANE ROMERO as Personal Representative of  :
the ESTATE OF ELVIN ROMERO; DIANE   :
ROMERO; HELEN ROSENTHAL; LOREN   :
ROSENTHAL as Personal Representative of the  :
ESTATE OF RICHARD ROSENTHAL; LOREN  :
ROSENTHAL; RACHEL LOGAN as Personal   :
Representative of the ESTATE OF ALEXANDER  :
ROWE; ED RUSSIN; BARRY RUSSIN as   :
Personal Representative of the ESTATE OF   :
GLORIA RUSSIN; BARRY RUSSIN; VICTOR  :
SANTILLAN as Personal Representative of the  :
ESTATE OF MARIA THERESA SANTILLAN;   :
VICTOR SANTILLAN as Personal Representative :
of the ESTATE OF EXPEDITO SANTILLAN;   :

VICTOR SANTILLAN as Personal Representative :
of the ESTATE OF ESTER SANTILLAN; PAUL :
SCHERTZER as Personal Representative of the :
ESTATE OF SCOTT SCHERTZER; PAUL :
SCHERTZER; RONALD SLOAN as Personal :
Representative of the ESTATE OF PAUL K. :
SLOAN; RONALD S. SLOAN; RAYMOND :
SMITH, JR. as Personal Representative of the :
ESTATE OF GEORGE ERIC SMITH; :
RAYMOND ALEXANDER SMITH; :
KATHERINE SOULAS as Personal Representative :
of the ESTATE OF TIMOTHY P. SOULAS; :
KATHERINE SOULAS; GEORGE :
STERGIOPOULOS, M.D. and ANGELA :
STERGIOPOULOS as co-Personal :
Representatives of the ESTATE OF ANDREW :
STERGIOPOULOS; GEORGE :
STERGIOPOULOS, M.D. ANGELA :
STERGIOPOULOS; SANDRA STRAUB as :
Personal Representative of the ESTATE OF :
EDWARD W. STRAUB; SANDRA STRAUB; :
JOAN E. TINO as Personal Representative of :
the ESTATE OF JENNIFER TINO; JOAN E. :
TINO; PAMELA SCHIELE; CHRISTINE :
BARTON as Personal Representative of the :
ESTATE OF JEANMARIE WALLENDORF; :
CHRISTINE BARTON; CHRISLAN FULLER :
MANUEL as Personal Representative of the :
ESTATE OF META WALLER; MICHAEL :
PAIGE as Personal Representative of the :
ESTATE OF TIMOTHY RAYMOND WARD; :
BRIANNA GOMES as Personal Representative :
of the ESTATE OF DOYLE RAYMOND :
WARD; MAUREEN HALVORSON; :
STEPHEN L. CARTLEDGE; MICHELLE :
WRIGHT; LEONARD ZEPLIN; LEONA :
ZEPLIN; JOSLIN PARADISE :
 :
-------------------------------------------------------------- x
-------------------------------------------------------------- x

CANDYCE S. HOGLAN as Personal                  :
Representative of the ESTATE OF MARK            :
KENDALL BINGHAM; CANDYCE S. HOGLAN :
as Personal Representative of the ESTATE OF     :
ALICE HOGLAN a/k/a HOAGLAND; KUI               :
LIONG LEE as Personal Representative of the     :
ESTATE OF SIEW NYA ANG; KUI LIONG LEE; :
WINNEE LEE; JEANEE LEE; ARLINE                 :
PEABODY-BANE; BRIAN MAJOR; BRENDA E. :
JOBE; JOSEPH L. CARPENETO as Personal          :
Representative of the ESTATE OF JOYCE ANN       :
CARPENETO; JOSEPH CARPENETO;                   :
NICHOLAS CHIRCHIRILLO; MICHAEL                 :
CHIRCHIRILLO; LESLIE COALE BROWN as            :
Personal Representative of the ESTATE OF JOAN   :
ANN COALE; LESLIE COALE BROWN                  :
DAVID D. COFFEY, M.D. as Personal              :
Representative of the ESTATE OF JEANNETTE       :
COFFEY; DAVID D. COFFEY, M.D. as Personal      :
Representative of the ESTATE OF DANIEL F.       :
COFFEY, JR.; COLLEEN MCDONALD;                 :
KEITH BRADKOWSKI; KEITH                        :
BRADKOWSKI as Personal Representative of       :
the ESTATE OF BEVERLY SUTTON;                  :
KATHRYN E. COLLMAN; CAROLYN SUTTON;:
VICKI LYNN MICHEL; CHARLES GENGLER;  :
STEVEN GENGLER; SUSAN BOHAN; TANYA  :
DAVIS as Personal Representative of the         :
ESTATE OF WAYNE T. DAVIS; TANYA                :
DAVIS; GABRIELLE HUNTER DAVIS;                 :
MALACHAI ROARKE DAVIS; NOVERTA                 :
DAVIS-DEAN; JASON DIEHL; JEANNETTE             :
DIEHL BERGQUIST; TIMOTHY REGAN as              :
Personal Representative of the ESTATE OF        :
EMMA FERNANDEZ REGAN; CORAZON                  :
FERNANDEZ as Personal Representative of the     :
ESTATE OF CIRILO FERNANDEZ; RICHARD            :
FERNANDEZ; RENEE L. GAMBOA; RENEE L.  :
GAMBOA as Personal Representative of the        :
ESTATE OF RANULF GAMBOA; MARIA                 :

*Hoglan v. Islamic Republic of Iran*
1:03-md-01570; 1:11-cv-07550

JOULE; RACHEL G. MALUBAY; JAMES        :
HALLER as Personal Representative of the   :
ESTATE OF JAMES BOND GODSHALK;         :
JANE G. HALLER; ALEESE HARTMANN        :
LIVESEY; KATHRYN GRAZIOSO; KRISTEN     :
GRAZIOSO; MICHAEL GRAZIOSO; CAROLEE    :
AZZARELLO as Personal Representative of the :
ESTATE OF SANDRA GRAZIOSO; CAROLEE     :
AZZARELLO; KAREN VENTRE; KRISTY        :
GRAZIOSO; DEBORAH GRAZIOSO as          :
Personal Representative of the ESTATE OF   :
TIMOTHY GRAZIOSO; DEBORAH GRAZIOSO;    :
LAUREN GRAZIOSO; BRIANA GRAZIOSO;      :
DOUGLAS HALVORSON; KATE HALVORSON      :
as Personal Representative of the ESTATE OF :
EVELYN HALVORSON; KATE HALVORSON;      :
MICHAELA HAVLISH; LEA MICHAELA         :
BITTERMAN; SEAN BITTERMAN; DERRICK     :
HOBIN; MELODIE HOMER as Personal       :
Representative of the ESTATE OF LEROY W.   :
HOMER, JR.; MELODIE HOMER; LAUREL      :
HOMER; JU-HSIU "CONNIE" JIAN as Personal  :
Representative of the ESTATE OF HWEIDAR    :
JIAN; JU-HSIU "CONNIE" JIAN; WILLIAM    :
JIAN; KEVIN JIAN; AUDREY R. JONES;     :
CANDY MOYER as Personal Representative of  :
the ESTATE OF JOHN R. JONES; ROBERT A.    :
JONES; CANDY MOYER; ANITA              :
KORSONSKY; DINA LAFOND; PATRICIA       :
CALOIA as Personal Representative of the   :
ESTATE OF EMILY LAVELLE; PATRICIA      :
CALOIA; BARBARA DZIADEK; KATHLEEN      :
PALACIO; PAUL LAVELLE; BARBARA         :
LURMAN as Personal Representative of the   :
ESTATE OF LEON LEBOR; RINA a/k/a JOY    :
KAUFMAN as Personal Representative of the  :
ESTATE OF BESSIE LEBOR; BARBARA        :
LURMAN; RINA a/k/a JOY KAUFMAN         :
STEPHANIE GIGLIO; MICHAEL LOGUIDICE,   :
SR.  as Personal Representative of the ESTATE OF :

CARMELLO J. LOGUIDICE; JOSEPH  :
LOSTRANGIO, JR.; CATHRYN LOSTRANGIO; :
DIANE LOSTRANGIO as Personal Representative :
of the ESTATE OF JAMES LOSTRANGIO;  :
KAREN LUNDER as Personal Representative of  :
the ESTATE OF CHRISTOPHER E. LUNDER;  :
KAREN LUNDER; ERICH MAERZ; RAMON  :
MELENDEZ, JR.; RICKY MELENDEZ;  :
JESSE MELENDEZ; TYLER MELENDEZ  :
FLORENCE ROSARIO; MARGARET  :
MONTANEZ; PETER C. MILANO; JESSICA  :
MILANO STARKS; ALFRED MILANO; FRANK :
MILANO; MAUREEN RACIOPPI; THOMAS  :
MILANO; PHILOMENA MISTRULLI as  :
Personal Representative of the ESTATE OF  :
JOSEPH D. MISTRULLI; PHILOMENA  :
MISTRULLI; MARY ANN  :
MISTRULLI-ROSSER; JOSEPH MISTRULLI;  :
ANGELA MISTRULLI; JOHNNY S. MISTRULLI :
and MARIA LAMBERT as Personal Representative:
of the ESTATE OF ANNE MISTRULLI; MARIA  :
LAMBERT; JOHNNY S. MISTRULLI; JASON  :
RUBEN MORENO f/k/a ROLANDO R.  :
MORENO; LEIANA MORENO; NOELIA  :
MORENO; AMY MARTINEZ as Personal  :
Representative of the ESTATE OF LOUIS J.  :
NACKE; AMY MARTINEZ; NEAL GREEN;  :
ERIC NUNEZ; THERESA PAPASSO;  :
SALVATORE PAPASSO; VINCENT PAPASSO  :
JOEL R. PERRY as Personal Representative of  :
the ESTATE OF JAMES LESLIE PERRY;  :
JOEL R. PERRY; JANICE PERRY MONTOYA;  :
ANTHONY M. HOFFMAN as Personal  :
Representative of the ESTATE OF CLAUDIA  :
STALLWORTH; REGINALD SIMPSON;  :
ROOSEVELT STALLWORTH; CARL  :
STALLWORTH; CYNTHIA WATTS; ANGELA  :
STALLWORTH-BLUNT; CHRISTIAN B.  :
STALLWORTH f/k/a BRIAN CHRISTIAN;  :
AMANDA ROGERS; JUDY REISS as Personal  :

Representative of the ESTATE OF GARY REISS;   :
ADAM REISS; JORDAN REISS; JONATHAN   :
REISS; JENNIFER REISS; DIANA DIAZ as   :
Personal Representative of the ESTATE OF   :
CARMEN ROMERO; DIANA DIAZ as Personal   :
Representative of the ESTATE OF ISAAC   :
ROMERO; DIANA DIAZ; LOREN ROSENTHAL :
as Personal Representative of the ESTATE OF   :
EVAN ROSENTHAL; LOREN ROSENTHAL   :
as Personal Representative of the ESTATE OF   :
SETH ROSENTHAL; AUDREY MODEL as   :
Personal Representative of the ESTATE OF   :
LEONARD ROSENTHAL; AUDREY MODEL as :
Personal Representative of the ESTATE OF   :
FLORENCE ROSENTHAL; AUDREY MODEL   :
VICTOR SANTILLAN; RAYMOND   :
SANTILLAN; KIRSTEN SARACINI; BRIELLE   :
SARACINI; LORI BRODY; ELLEN SCHERTZER:
ROY-YETKUTIEL SHEFI; NAOMI-RUTH SHEFI:
PATRICIA SLOAN; MATT SLOAN; SARAH   :
FUNK; RAYMOND A. SMITH as Personal   :
Representative of the ESTATE OF MARION   :
THOMAS; RAYMOND SMITH, JR.; CARL   :
SMITH; KEVIN SMITH; KORRY SMITH   :
TANYA WARREN; LETRICIA SMITH; ELAINA :
SMITH-WYLIE; CHRISTINE JACKSON;   :
BARBARA HARGROVE; RAYMOND A. SMITH:
as Personal Representative of the ESTATE OF   :
MARION THOMAS; RAYMOND A. SMITH   :
as Personal Representative of the ESTATE OF   :
DEBORAH SALLAD; TIMOTHY P. SOULAS,   :
JR.; ANDREW J. SOULAS; CHRISTOPHER   :
SOULAS; MATTHEW SOULAS; NICOLE   :
SOULAS; DANIEL SOULAS; FREDERICK   :
SOULAS; STEPHEN SOULAS; FREDERICK   :
SOULAS III; DANIEL D. SOULAS; MICHELLE :
DONLAN; DARREN STEINER; JORDAN   :
STEINER; MERIDITH REVERDITO; ROBERT   :
STEINER as Personal Representative of the   :
ESTATE OF WILMA STEINER; ROBERT   :

STEINER; GEORGE M. STEINER as Personal :
Representative of the ESTATE OF GEORGE W. :
STEINER; KATHLEEN STERGIOPOULOS; :
GEORGE STERGIOPOULOS, JR.; AARON :
STRAUB; JONATHAN STRAUB; MICHAEL :
STRAUB; SAMUEL STRAUB; EDWARD A. :
STRAUB; STANLEY STRAUB; MATTHEW :
STRAUB; SALVATORE TINO, JR.; JEFFREY :
TINO; SALVATORE TINO, III; JOSEPH :
NICKLO; MELLANIE CHAFE; CHRISTOPHER :
BARTON; JOHN BARTON; MICHAEL PAIGE :
as Personal Representative of the ESTATE OF :
SUSANNE WARD-BAKER; PETER A. :
MCDERMOTT as Personal Representative of the :
ESTATE OF JEANNE MCDERMOTT; DIAN :
DEMBINSKI as Personal Representative of the :
ESTATE OF SANDRA WRIGHT CARTLEDGE; :
DIAN DEMBINSKI; MELANIE BUCHMAN as :
Personal Representative of the ESTATE OF :
LORETTA HAINES; STEPHEN BRADISH; :
LYNNE DUNN as Personal Representative of the :
ESTATE OF JOHN BRADISH a/k/a JACK :
BRADISH; GERALDINE DEBORAH SPAETER; :
DEBRA ZEPLIN as Personal Representative of the :
ESTATE OF MARC SCOTT ZEPLIN; DEBRA :
ZEPLIN; RYAN ZEPLIN; ETHAN ZEPLIN :
------------------------------------------------------------------ x

HERMAN RAY as Personal Representative of the :    *Ray v. Islamic Republic of Iran*
ESTATE OF DENEASE CONLEY; CHERRIE L. :    1:03-md-01570; 1:19-cv-00012
ALLEN; IRMA JOYCE FLETCHER; MYRA :
BYRD as Personal Representative of the ESTATE :
OF EARL RAY; HERMAN RAY; HERMAN RAY :
as Personal Representative of the ESTATE OF :
JAMES RAY; ODETTA HEYWOOD as Personal :
Representative of the ESTATE OF STANLEY :
RAY; BARBARA HAYNES-JENKINS; AARON :
ADLER; ALICE DOERGE ADLER; ISABELL :
DANSIGER ADLER; JAY ADLER; LAUREN :
SARAH ADLER MARTINELLI; RICHARD :
DEBLASE; ANITA DEBLASE; ANTHONY :

DEBLASE; HARLEY DINARDO as Personal          :
Representative of the ESTATE OF ESTERINA      :
DINARDO; HARLEY DINARDO; PIO                  :
DINARDO; ANDREW ECONOMOS; OLGA               :
VALINOTTI; ANDREW ECONOMOS and               :
OLGA VALINOTTI as Co-Personal                 :
Representatives of the ESTATE OF LEON         :
ECONOMOS; CONSTANCE FINNICUM;                 :
GEORGE GABRIELLE a/k/a GABE GABRIELLE;:
VITO GARFI as Personal Representative of the  :
ESTATE OF FRANCESCO GARFI; VITO              :
GARFI; VITO GARFI as Personal Representative  :
of the ESTATE OF SALVATORE GARFI;            :
MARIANNA GARFI; KRISTY GRAZIOSO as          :
Personal Representative of the ESTATE OF HANK :
GRAZIOSO; THERESA COOKE; MICHELLE            :
HARGIS; CHRISTINE HOMER; CHRISTINE           :
HOMER as Personal Representative of the       :
ESTATE OF THOMAS FREIMARK; ILSE              :
HOMER; MONIQUE HOMER; MARILYN                :
JOHNSON; CHERYL HOMER WILSON;                :
GERMAINE WILSON; ANDREW BRIAN                :
JORDAN, JR.; DAVID LEBOR; RINA a/k/a Joy      :
KAUFMAN as Personal Representative of the     :
ESTATE OF PHILIP LEBOR; DANIELLE             :
MCGUIRE as Personal Representative of the     :
ESTATE OF PATRICK MCGUIRE; DANIELLE          :
MCGUIRE; MARA MCGUIRE; RYAN                   :
MCGUIRE; SEAN MCGUIRE; SHEA MCGUIRE;:
ELIZABTEH MEDAGLIA-CORDES as                 :
Personal Representative of the ESTATE OF       :
ROCCO MEDAGLIA; MARYELLEN                     :
MEDAGLIA as Personal Representative of the    :
ESTATE OF ANNEMARIE MEDAGLIA;                :
DIANA MEDAGLIA; KATHLEEN                      :
MEDAGLIA-DELLAPENNA; MARYELLEN               :
MEDAGLIA; MICHAEL MEDAGLIA;                   :
ELIZABETH MEDAGLIA-CORDES; JOANNE            :
MISTRULLI as Personal Representative of the    :
ESTATE OF FRANK MISTRULLI;                    :

MARY ELLEN MURACH as Personal                 :
Representative of the ESTATE OF EDWARD         :
JOHN MURACH; MARY ELLEN MURACH;               :
RICHARD J. MURACH; KATHERINE TYNION;          :
LOUIS PAUL NACKE II; JOSEPH NICHOLAS          :
NACKE; DALE ALLEN NACKE as Personal
Representative of the ESTATE OF LOUIS P.       :
NACKE; DALE ALLEN NACKE as Personal
Representative of the ESTATE OF PHILOMENIA     :
MILLACE NACKE; KENNETH NACKE;                  :
PAULA NACKE JACOBS; DALE ALLEN                 :
NACKE: THOMAS PAPASSO;
PATRICIA MASON                                 :

------------------------------------------------------------- x

KATHERINE MAHER as Personal Representative :   *Maher v. Islamic Republic of Iran*
of the ESTATE OF DANIEL L. MAHER;          :   1:03-md-01570; 1:22-cv-00266
KATHERINE MAHER; DANIEL R. MAHER;          :
JOSEPH F. MAHER                            :

------------------------------------------------------------- x

VIRGINIA BAUER as Personal Representative of :   *Bauer v. al-Qaeda Islamic Army*
the ESTATE OF W. DAVID BAUER, II;            :   1:03-md-01570; 1:02-cv-07236
W.DAVID BAUER, III; STEPHEN BAUER;           :
JACQUELINE BAUER, HEIDI                       :
BAUER-POLLARD, as Personal Representative of :
the ESTATE OF WALTER D. BAUER;               :
HEIDI BAUER-POLLARD, as Personal             :
Representative of the ESTATE OF DOROTHY       :
BAUER; GRETCHEN ABERNATHY; HEIDI             :
BAUER-POLLARD; ROSEMARY BAUER, as            :
Personal Representative of the ESTATE OF      :
ROBERT G. BAUER; LISA BEAMER, as             :
Personal Representative of the ESTATE OF      :
TODD M. BEAMER; LISA BEAMER;                 :
ANDREW T. BEAMER; MORGAN AVINGER;            :
DAVID P. BEAMER; DAVID L. BEAMER;            :
MARGARET BEAMER; MELISSA WILSON;             :
MICHELE BEAMER-SORENSEN;                     :
MARK BEATINI, as Personal Representative of  :
the ESTATE OF MICHAEL C. BEATINI;            :
MARK BEATINI, as  Personal Representative of :

the ESTATE OF DORIS BEATINI; NANDA     :
BEATINI and JEFFERY PICKETT, as     :
co-Personal Representatives of the ESTATE OF     :
MICHAEL L. BEATINI; MARK BEATINI;     :
JEFFERY PICKETT, as Personal Representative     :
of the ESTATE OF THOMAS BEATINI; NANDA :
BEATINI; PANDORA BHARVANEY as Personal :
Representative of the ESTATE OF ANIL T.     :
BHARVANEY; PANDORA BHARVANEY;     :
SAVITRI T. BHARVANEY; SHENAZ K.     :
BHARVANEY DASWANI as Personal     :
Representative of the ESTATE OF GOVIND     :
BHARVANEY; SHENAZ K. BHARVANEY     :
DASWANI, as Personal Representative of the     :
ESTATE OF KISHORE BHARVANEY;     :
CATHYANN BONNETT, as Personal     :
Representative of the ESTATE OF COLIN     :
BONNETT; CATHYANN BONNETT; KODY     :
BONNETT; JULIA V. BONNETT; MARVA     :
PARRIS as Personal Representative of the     :
ESTATE OF AUBREY A. PARRIS, HEATHER     :
BONNETT as surviving Sibling of COLIN     :
BONNETT; DEBORAH BOWDEN HART as     :
Personal Representative of the ESTATE OF     :
THOMAS BOWDEN; DEBORAH BOWDEN     :
HART ALISON V. BOWDEN HART, SARAH J.  :
BOWDEN HART; JAMES BOWDEN;     :
JENNIFER HENRY as Personal Representative of  :
the ESTATE OF SHAWN E. BOWMAN, JR.;     :
JENNIFER HENRY; LIAM BOWMAN HENRY;  :
JACK BOWMAN HENRY; CAROL A.     :
BOWMAN, as Personal Representative of the     :
ESTATE OF SHAWN E. BOWMAN, SR;     :
CAROL A. BOWMAN; JAMES E. BOWMAN;     :
JENNIFER BRENNAN WATERHOUSE as     :
Personal Representative of the ESTATE OF     :
THOMAS M. BRENNAN; JENNIFER     :
BRENNAN WATERHOUSE; THOMAS M.     :
BRENNAN, II; CATHERINE A. BRENNAN;     :
JOHN O. BRENNAN and MARYBETH MAGEE  :

as Co-Personal Representatives of the ESTATE OF :
JOHN V. BRENNAN; JOHN O. BRENNAN and :
MARY BETH MAGEE as Co-Personal :
Representatives of the ANITA BRENNAN; JOHN :
O. BRENNAN; PAUL BRENNAN; MARY BETH :
MAGEE; MICHAEL BRENNAN; LAURA :
BUSTILLO as Personal Representative of the :
ESTATE OF MILTON BUSTILLO; LAURA :
BUSTILLO; ALESSANDRA BUSTILLO; :
DAYNA SPORDONE; MARGARITA BETTER; :
DISSA BUSTILLO as Personal Representative of :
the ESTATE OF GILBERTO BUSTILLO, SR.; :
DISSA BUSTILLO; HENRY BUSTILLO; :
MIRNA BUSTILLO; GILBERTO BUSTILLO, JR.;:
ELIZABETH CANDELA as Personal :
Representative of the ESTATE OF JOHN :
ANTHONY CANDELA; ELIZABETH :
CANDELA; JULIETTE CANDELA; JOHN :
ARTHUR CANDELA; JOSEPH G. CANDELA as :
Personal Representative of the ESTATE OF :
JOHN C. CANDELA; JOSEPH G. CANDELA as :
Personal Representative of the ESTATE OF :
PHYLLIS CANDELA; JOSEPH G. CANDELA; :
MICHAEL SPELLER as Personal Representative :
of the ESTATE OF VALERIE SPELLER; :
THOMAS MEE as Personal Representative of the :
ESTATE OF ANN MEE; JOAN BRADY; :
HEIDI SEELBACH, as Public Administrator and :
Administratrix CTA of the ESTATE OF EDWARD :
CARLINO; HEIDI SEELBACH, as Public :
Administrator and Administratrix of the ESTATE :
OF MARIE CARLINO; LISA CARLINO; :
LEONARD DiVITTORIO as Personal :
Representative of the ESTATE OF SALVATORE :
CARLINO; LEONARD DiVITTORIO as Personal :
Representative of the ESTATE OF MARY :
CARLINO; TERESEA CUNNINGHAM as :
Personal Representative of the ESTATE OF :
MICHAEL J. CUNNINGHAM; TERESA :
CUNNINGHAM; WILLIAM M. CUNNINGHAM; :

PAUL CUNNINGHAM; JULIEANNE                    :
CUNNINGHAM; BERNADETTE T. HAYES;              :
SEAN CUNNINGHAM; ANDREW                       :
CUNNINGHAM; KAREN D'AMBROSI as                :
Personal Representative of the ESTATE OF      :
JACK L. D'AMBROSI, JR.; KAREN                 :
D'AMBROSI; JACQUELINE SCALES; EMILY           :
SLAVIN; TINA D'AMBROSI as Personal            :
Representative of the ESTATE OF JACK L.        :
D'AMBROSI, SR.; DENISE BONOLI; DEAN J.        :
D'AMBROSI; MARY DANAHY as Personal            :
Representative of the ESTATE OF PATRICK W.     :
DANAHY; MARY DANAHY; KATHLEEN T.              :
DANAHY; GRACE A. DANAHY; ALISON M.            :
DANAHY; JOHN DIMEGLIO as Personal             :
Representative of the ESTATE OF DAVID          :
DIMEGLIO; JOHN DIMEGLIO; PATTI S.             :
DIMEGLIO; DANIEL DIMEGLIO; SANDRA             :
FELT as Personal Representative of the ESTATE  :
OF EDWARD P. FELT; SANDRA FELT;               :
KATHRYN FELT; ADRIENNE P. FELT;               :
SHIRELY A. FELT; LAWRENCE FELT;               :
GORDON FELT; NANCY FOSTER as Personal         :
Representative of the ESTATE OF NOEL J.         :
FOSTER; NANCY FOSTER; NANCY FOSTER            :
as Parent and Natural Guardian of MEGAN        :
FOSTER, an incapacitated adult; NICOLE         :
FOSTER; BARBARA GALLUCCI, as Personal         :
Representative of the ESTATE OF VINCENZO        :
GALLUCCI; BARBARA GALLUCCI; ALYSSA            :
GALLUCCI; JOSEPH D. GALLUCCI;                 :
FILOMENA GRACE SANTORELLI as                  :
Personal Representative of the ESTATE OF       :
ANGELA GALLUCCI; FILOMENA GRACE               :
SANTORELLI as Personal Representative of the   :
ESTATE OF JOSEPH GALLUCCI; FILOMENA           :
GRACE SANTORELLI; MICHAEL J.                  :
GIORDANO as Personal Representative of the     :
ESTATE OF DONNA GIORDANO; MICHAEL J. :
GIORDANO; DOMENICK D'AMBOLA as                :

Personal Representative of the ESTATE OF          :
JESSAMINE D'AMBOLA; DOMENICK               :
D'AMBOLA; ELAINE BARRETT; LYZBETH          :
GLICK BEST as Personal Representative of the      :
ESTATE OF JEREMY GLICK; LYZBETH GLICK:
BEST; EMERSON GLICK; LLOYD GLICK;           :
JOAN GLICK; JENNIFER GLICK; JED GLICK;      :
JARED GLICK; JOANNA GLICK DANINO;           :
JONAH GLICK; JILL GOLDSTEIN as Personal     :
Representative of the ESTATE OF STEVEN         :
GOLDSTEIN; JILL GOLDSTEIN; HANNA            :
GOLDSTEIN; HARRIS GOLDSTEIN; ELSA G.        :
STRONG as Personal Representative of the         :
ESTATE OF LINDA K. GRONLUND; ELSA G.        :
STRONG as Personal Representative of the         :
ESTATE OF DORIS GRONLUND;                  :
MARGUERITE GLIDDEN, as Personal            :
Representative of the ESTATE OF ARTHUR G.     :
GRONLUND; ELSA G. STRONG; EILEEN          :
HANNAFORD as Personal Representative of the    :
ESTATE OF KEVIN J. HANNAFORD; EILEEN       :
KANNAFORD; KEVIN J. HANNAFORD, JR.;        :
PATRICK HANNAFORD; BARBARA RACHKO :
as Personal Representative of the ESTATE OF      :
BRYAN JACK; BARBARA RACHKO;               :
JAMES T. JACK as Personal Representative of the  :
ESTATE OF JAMES H. JACK; JAMES T. JACK      :
as Personal Representative of the ESTATE OF      :
HELEN M. JACK; JAMES T. JACK;               :
THOMAS S. JOHNSON as Personal              :
Representative of the ESTATE OF SCOTT         :
JOHNSON; THOMAS S. JOHNSON;               :
MARGARET ANN JOHNSON; MARGARET          :
WAGER as Personal Representative of the         :
ESTATE OF THOMAS P. JOHNSON;              :
MARGARET WAGER; MICHELE JONES            :
FERRELL as Personal Representative of the        :
ESTATE OF DONALD T. JONES, II;              :
MICHELLE JONES FERRELL; DONALD T.         :
JONES, III; TAYLOR N. JONES; JUDITH          :

JONES as Personal Representative of the ESTATE    :
OF DONALD T. JONES, SR.; JUDITH JONES;    :
WILLIAM B. JONES; LORI KANE as Personal    :
Representative of the ESTATE OF HOWARD    :
KANE; LORI KANE; JASON B. KANE;    :
ROCHELLE KANE; ADAM KANE as Personal    :
Representative of the ESTATE OF BRUCE KANE;   :
ADAM KANE; HOLLY ANN TANZ; ROSE    :
KELLER as Personal Representative of the    :
ESTATE OF JOSEPH J. KELLER; ROSE    :
KELLER; SYDNIE KELLER; JOSEPH D.    :
KELLER; JUNE SASLOW; JENNIFER LUTZ;    :
H. MICHAEL KEDEN as Personal Representative    :
of the ESTATE OF ADAM J. LEWIS;    :
PATRICIA D. LEWIS; SOPHIA LEWIS; REILLY   :
LEWIS; ARTHUR LEWIS; CAROLINE LEWIS;    :
KATHRYN HEBERT as Personal Representative    :
of the ESTATE OF GERALDINE LEWIS;    :
PAMELA PASSERETTA; KATHRYN HEBERT;    :
CAMERON F. MACRAE, III as Personal    :
Representative of the ESTATE OF CATHERINE F. :
MACRAE; CAMERON F. MACRAE, III; ANN B.    :
MACRAE; ANN C. MACRAE; AUDREY    :
MAGNUSON as Personal Representative of the    :
ESTATE OF RONALD E. MAGNUSON;    :
AUDREY MAGNUSON; JEFFREY A.    :
MAGNUSON; SHERYL A. MAGNUSON;    :
JAMES MAHER as Personal Representative of the :
ESTATE OF JEANNE MAHER; JAMES MAHER;   :
JEANNE BRANDOFINO; CHRISTINA MAHER    :
as Personal Representative of the ESTATE OF    :
RAYMOND MAHER, JR.; MARGARET MEYER :
as Personal Representative of the ESTATE OF    :
DAVID R. MEYER; MARGARET MEYER;    :
HEIDI MENNONA; HEATHER VULPONE;    :
DAWN MEYER-FUCHS; KRISTINE MEYER;    :
FAITH MEYER as Personal Representative of the    :
ESTATE OF CHARLES MEYER; ELLEN ROBB   :
as Personal Representative of the ESTATE OF    :
KRISTEN MONTANARO; ELLEN ROBB;    :

JAMIE MONTANARO and KAREN MONTANARO, as Co-Personal Representatives of the ESTATE OF FRANK MONTANARO; JAMIE MONTANARO; KAREN MONTANARO; BETH K. MURPHY as Personal Representative of the ESTATE OF KEVIN J. MURPHY; BETH K. MURPHY; CONNOR J. MURPHY; CAITLYN B. MURPHY; SALLY F. RYAN as Personal Representative of the ESTATE OF TIMOTHY F. MURPHY, JR.; SALLY F. RYAN; MICHAEL MURPHY; TIMOTHY P. MURPHY; JOHN F. MURPHY; MARY BETH DOUGHERTY; ARLENE ORSINI as Personal Representative of the ESTATE OF RONALD ORSINI; ARLENE ORSINI; DANIELLE ORSINI PANDOLFI; PAULINE ORSINI as Personal Representative of the ESTATE OF ROBERT ORSINI; JENNIFER PRICE-SALKEVER as Personal Representative of the ESTATE OF JEAN H. PETERSON; JENNIFER PRICE-SALKEVER; CATHERINE A. STOVER; DAVID SHERWOOD, SR. as Personal Representative of the ESTATE OF GRACE P. SHERWOOD; RICHARD A. HOADLEY, ROBERT D. HOADLEY, and JENNIFER PRICE-SALKEVER as Co-Personal Representatives of the ESTATE OF WALTER E. HOADLEY; RICHARD A. HOADLEY, ROBERT D. HOADLEY, and JENNIFER PRICE-SALKEVER as Co-Personal Representatives of the ESTATE OF HELEN M. HOADLEY; NANCY HOADLEY as Personal Representative of the ESTATE OF RICHARD HOADLEY; MARGARET ECKERT, Personal Representative of the ESTATE OF SEAN ROONEY, Deceased; MARGARET ECKERT as Personal Representative of the ESTATE OF BEVERLY ECKERT; CYNTHIA BLEST as Personal Representative of the ESTATE OF ROSEMARY ROONEY; CYNTHIA BLEST; MAURA ROONEY; SHEILA ROONEY;

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

BRENDAN ROONEY; BRIAN ROONEY;                    :
JOHN SANDERS as Personal Representative of the   :
ESTATE OF STACEY SANDERS; JOHN                   :
SANDERS; MARTHA SANDERS; LAURA                   :
SANDERS WYATT; TOMOKO T. SCHLAG                  :
as Personal Representative of the ESTATE OF      :
STEVEN F. SCHLAG; TOMOKO T. SCHLAG;             :
DAKOTA I. SCHLAG; GARRETT M. SCHLAG;            :
SIERRA A. SCHLAG; ELLEN HUGHES and               :
JEAN NEBBIA as Co-Personal Representatives of    :
the ESTATE OF DONALD SCHLAG; ELLEN               :
HUGHES and JEAN NEBBIA, as Co-Personal           :
Representatives of the ESTATE OF PATRICIA        :
SCHLAG; JEAN NEBBIA; ELLEN HUGHES;               :
SUZANNE PENAVIC as Personal Representative       :
of the ESTATE OF JOSEPH M. SISOLAK;              :
SUZANNE PENAVIC; CHARLES MCQUADE as :
Personal Representative of the ESTATE OF PAUL     :
SISOLAK; CHARLES BEN RELLER as Personal          :
Representative of the ESTATE OF ANNA J.           :
POWELL; CHARLES BEN RELLER, as Personal          :
Representative of the ESTATE OF TERESA            :
RELLER; YVONNE SISOLAK as Personal               :
Representative of the ESTATE OF THOMAS P.         :
SISOLAK; MARY SMITH as Personal                  :
Representative of the ESTATE OF DANIEL            :
SMITH; MARY SMITH; ELIZABETH SMITH;             :
MICHAEL SMITH; MCCARTHY SMITH; SEAN :
PATRICK SMITH; MICHELE TANNER as                 :
Personal Representative of the ESTATE OF          :
MICHAEL TANNER; MICHELLE TANNER;                 :
SASHA BUTLER; GIANNA TANNER; RENEE               :
ABBATE as Personal Representative of the          :
ESTATE OF MARY TANNER; RENEE                     :
ABBATE; KENNETH C. TANNER; MARIA                 :
MARASCIULO; NICOLE                               :
TANNER-D'AMBROSIO; JENNIFER                      :
TARANTINO as Personal Representative of the      :
ESTATE OF KENNETH JOSEPH TARANTINO;              :
JENNIFER TARANTINO; JASON J.                     :

TARANTINO; KENNETH JAMES TARANTINO; :
AMY C. VASEL as Personal Representative of the :
ESTATE OF SCOTT VASEL; AMY C. VASEL; :
MATTHEW J. VASEL; RYAN A. VASEL; :
JANYNE V. DEMBICKI as Personal :
Representative of the ESTATE OF CHARLES :
VASEL; JANYNE V. DEMBICKI as Personal :
Representative of the ESTATE OF MYNDA :
VASEL; JANYNE V. DEMBICIKI; :
KATHLEEN M. WISNIEWSKI as Personal :
Representative of the ESTATE OF ALAN L. :
WISNIEWSKI; KATHLEEN M. WISIEWSKI; :
JESSICA M. WISNIEWSKI; ERICA C. :
WISNIEWSKI; MATTHEW P. WISNIEWSKI; :
THOMAS WARENKIEWICZ as Personal :
Representative of the ESTATE OF MURIEL :
WISNIEWSKI; CHIEMI YORK as Personal :
Representative of the ESTATE OF KEVIN P. :
YORK; CHIEMI YORK; AIDAN YORK; :
CONNOR YORK; DOLORES YORK as Personal :
Representative of the ESTATE OF JOHN YORK; :
TIMOTHY YORK; ROSEANN ZISA as Personal :
Representative of the ESTATE OF SALVATORE :
ZISA; ROSEANN ZISA; CHRISTINA ZISA; :
JOSEPH ZISA; ROSEMARIE MARTIE as :
Personal Representative of the ESTATE OF :
JOSEPH ZISA; ROSEMARIE MARTIE as :
Personal Representative of the ESTATE OF :
JOSEPHINE ZISA; ANTHONY ZISA; :
JANE PRESTO; :
-------------------------------------------------------------x

JOAN PARKER as Personal Representative of   :    *Parker v. Islamic Republic of Iran*
the ESTATE OF PHILIP LACEY PARKER;          :    1:03-md-01570; 1:18-cv-11416
JOAN PARKER; CAROL A. SUAREZ and            :
MANUEL T. SUAREZ as Co-Personal             :
Representatives of the ESTATE OF DAVID S.    :
SUAREZ; CAROL A. SUAREZ; MANUEL T.          :
SUAREZ; BRYAN A. SUAREZ; KRISTEN M.         :
CARPENTER                                    :
-------------------------------------------------------------- x

PATRICIA D. CASAZZA as Personal                          :
Representative of the ESTATE OF JOHN F.                   :
CASAZZA; PATRICIA D. CASAZZA; JOHN                        :
FRANCIS CASAZZA; MINDY KLEINBERG as                       :
Personal Representative of the ESTATE OF ALAN :
DAVID KLEINBERG; MINDY KLEINBERG;                         :
JACOB KLEINBERG; LAUREN KLEINBERG;                        :
SAM KLEINBERG; LORIE JILL VAN AUKEN                       :
as Personal Representative of the ESTATE OF               :
KENNETH VAN AUKEN; LORIE JILL                             :
VAN AUKEN; DR. MATTHEW D. VAN                             :
AUKEN; SARAH VAN AUKEN                                    :
                                                         :
                    Plaintiffs,                          :